FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 25 PM 4: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LINDA D. TAYLOR     CIVIL ACTION

VERSUS     NUMBER: 05-1930

JO ANNE BARNHART, COMMISSIONER     SECTION: "M"(5)
OF SOCIAL SECURITY ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, as well as the Plaintiff's Objections to the Magistrate's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

New Orleans, Louisiana, this 25th day of July, 2006.

Peter Beer
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X / Dktd _____
✓ CtRmDep_____
___ Doc. No_____